## FOURTH DEPARTMENT, NOVEMBER TERM, 1887.

Cornelia P. Hotchkin, Appellant, v. The Third National Bank of Malone, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Isaac R. Pharis, Respondent, v. R. Nelson Gere, Appellant. — Motion granted, and memorandum of decision amended so as to read as follows: Judgment reversed upon exceptions, and a new trial ordered with costs to abide the event. The appeal from the order refusing a new trial on the minutes dismissed, because the order does not specify the grounds upon which the motion was made; and because it does not appear the case contains all the evidence.

John C. Brown, Respondent, v. Charles H. Ryan, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Thomas Patten, Respondent, v. George Clarke, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements. Hardin, P. J., not sitting.

Edwin M. Harris, Respondent, v. George Clarke, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements. Hardin, P. J., not sitting.

David A. Avery and another, as Executors, etc., Respondents, v. George Clarke, Appellant, Impleaded, etc.—Order reversed, with ten dollars costs and disbursements.

Harvey H. Stevens, Appellant, v. George W. Knowlton, Respondent.—Order reversed, with ten dollars costs and disbursements to abide the event.

Peter Pereaux, Respondent, v. The Oswego St. John the Baptist Society.—Motion denied.

Delavan G. Ross, Individually, etc., Respondent, v. Dora E. Hoke, Respondent; and others, Appellants. — Motion denied. Martin, J., not sitting.

Thomas H. Breen, Respondent, v. James McGuire, Appellant.— Order reversed, with ten dollars costs and disbursements, without prejudice to a new motion to refer.

Esther K. Porter, Plaintiff, v. Emma Weaver, Administratrix, Defendant.— Motion denied, without costs. Martin, J., not sitting.

Michael H. Callahan, Respondent, v. James Wall, Appellant.—Appeal dismissed, with ten dollars costs and disbursements.

Farlin Ball, Respondent, v. Charles F. Lewis, Appellant. — Judgment and order affirmed, with costs.

Cornelius I. Van Buren, Respondent, v. William C. Gould, Appellant.—Judgment and order affirmed, with costs.

Sheldon D. Lord, Respondent, v. D'Estaing Farr, Appellant.—Judgment affirmed, with costs.

Thomas M. Foster, Appellant, v. Charles C. Burdick, Respondent.—Judgment of the County Court and Justices' Court reversed, with costs.

Edson G. Gillett, Appellant, v. The Town of Parish, Respondent.—Appeal from the order dismissed, without costs, and the appeal from the judgment dismissed, without costs.

Frederick H. Cyrenius, as Administrator, etc., Respondent, v. The Mutual Life Insurance Company, Appellant.— Judgment and order reversed upon the exceptions and a new trial ordered, with costs to abide the event.

Ellen Halsey, as Administratrix, etc., Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Martin, J.

Bryan J. O'Donnell, as Administrator, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Judgment affirmed, with costs. Opinion by Follett, J.; Martin, J., not sitting

Thomas Brickell, Appellant, v. The New York Central and Hudson River Railroad Company. Respondent.—Judgment affirmed, with costs.

Opinion by Hardin, P. J.; Martin, J., not sitting.

Delavan C. Ross, as Executor, etc., Respondent, v. John A. Hoke and others, Appellants.— Judgment affirmed with costs.

Deborah C. Folk, Appellant, v. Darwin Stocking and others, Respondents.—Judgment affirmed, with costs. Opinion by Hardin, P. J.; Martin, J., not sitting

William B. Van Dusen, Appellant, v. The Lake Shore and Michigan Southern Railroad Company, Respondent. — Judgment and order affirmed, with costs. Opinion by Martin, J.

Jehiel Hymes, Appellant, v. William Esty and another, Respondents.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Warren A. Dye, Respondent, v. Mary J. Deans, Administratrix, etc., Appellant — Judgment and order affirmed, with costs, upon the opinion of Williams, J., delivered at Special Term.

Mary P. Van Buren and another, Respondents, v. George Baker and another, Appellants.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Harriet S. Beach, Respondent, v. James C. Knox, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Frank Lalah, Respondent, v. The town of Greig, Appellant.—Judgment and order reversed, and a new trial ordered in the Lewis County Court, with costs to abide the event. Opinion by Hardin, P. J.

George W. McIntyre, Respondent, v. Seneca E. Clark, Appellant.—Judgment affirmed, with costs. Opinion by Follett, J.

Michael L. Hunt, Respondent, v. The City of Oswego, Appellant.—Judgment affirmed, with costs. Opinion by Martin, J.

James Barnes, Respondent, v. The Syracuse, Phoenix and Oswego Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Emma O'Reilly, Respondent, v. Barton Angell and others, Appellants.— Judgment modified as stated in the opinion; the form of the judgment to be settled on five days' notice from Justice Martin. Opinion by Hardin, P. J.

John K. Post and others, Respondents, v. Mary E. Snow, Appellant.

John Navagh and others, Respondents, v. Mary E. Snow, Appellant.

Thomas Crimmins and others, Respondents, v. Mary E. Snow, Appellant.—Judgments of the County Court of Oswego county, and the judgments of the Justices' Court in each of the three cases reversed with costs. Opinion by Martin, J.

John Forey, Appellant, v. The Syracuse, Binghamton and New York Railway Co., Respondent.—Judgment affirmed, with costs. Opinion by Follett, J.

Rosell H. Meagley, Respondent, v. Joel S. Hoyt and another, Appellants.—Judgment and order affirmed, with costs. Opinion by Follett, J.

Edgar L. Bishop, Appellant, v. George Nodine, Respondent.—Judgment of the County Court, and that of the Justices' Court reversed, with costs. Opinion by Martin, J.

Herbert S. Fulmer and others, Respondents, v. Union Mutual Association, Appellant.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

Justus H. Harris and another, Appellants, v. Henry Delmetch, Respondent.—Judgment and order reversed on the exceptions, and a new trial granted, with costs to abide the event. Opinion by Follett, J.

Samuel Scott, Appellant, v. Eliza Scott and others, Respondents. — Judgment affirmed, with costs. Opinion by Follett, J.